Bingham McCutchen LLP
JAMES SEVERSON (SBN 67489)
james.severson@bingham.com
JACQUELINE S. BRONSON (SBN 222169)
jacqueline.bronson@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
Attorneys for Defendants
T-Mobile USA, Inc. and Powertel, Inc.

**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mentha Smith and Justin Gossett, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>T-Mobile USA, Inc. and Powertel, Inc.,<br><br>     Defendants. | No. CV-05-5274 ABC (SSx)<br><br>**JUDGMENT** |

Pursuant to Rules 54(a) and 58(a) of the Federal Rules of Civil Procedure, the Court hereby orders that Final Judgment be entered against Defendants T-MOBILE USA, INC., and POWERTEL, INC., and in favor of Plaintiffs in this action in accordance with the Offer of Judgment and Acceptance and Request for Entry of Judgment filed by the parties on March 12, 2008.  The matter is dismissed.  The Clerk shall close the file.

DATED:  March 13, 2008

*Audrey B. Collins*

Hon. Audrey B. Collins
United States District Judge

A/72454891.2/3000083-0000315710

[PROPOSED] JUDGMENT